S.D.N.Y.—N.Y.C.
20-cv-9522
Ramos, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of December, two thousand twenty-three.

Present:
    Robert D. Sack,
    Raymond J. Lohier, Jr.,
    Maria Araújo Kahn,
        *Circuit Judges*.

Jane Doe,

    *Plaintiff-Appellee*,

v.                                                        23-1192

Warren & Baram Management LLC,

    *Defendant-Appellant*,

Jonathan Baram,

    *Defendant*.

Appellee moves to dismiss this appeal for lack of jurisdiction. Appellant moves for an extension of time to file its opposition to the Appellee's motion. Upon due consideration, it is hereby ORDERED that Appellant's motion for an extension of time is GRANTED. It is further ORDERED that Appellee's motion to dismiss is also GRANTED, and the appeal is DISMISSED because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291 and there is no other basis for immediate appeal. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *see also Swarna v. Al-Awadi*, 622 F.3d 123, 140 (2d Cir. 2010); *Transaero, Inc. v. La Fuerza Aerea Boliviana*, 99 F.3d 538, 541 (2d Cir. 1996); *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 97 (2d Cir. 1993). The order appealed by Appellant does not involve issues of immunity, or anything comparable, and may be appealed after entry of a final judgment.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

